THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: October 1, 2015



_____
G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
_____

In Re:                                    Chapter 13 Bankruptcy Case
    TAMMY T HOBSON

                                          Case No. 13-33724 - GMH
Soc. Sec. No. xxx-xx-0078
    xxx-xx-                            ORDER APPROVING TRUSTEE'S
                                                 FINAL ACCOUNT

                                             PLAN COMPLETED
_____

ORDER APPROVING TRUSTEE'S FINAL ACCOUNT, DISCHARGING
TRUSTEE, RELEASING BOND OF TRUSTEE AND CLOSING ESTATE
_____

      The Trustee reported that she received $8424.00; that she disbursed said funds to creditors, the attorney for the debtor, the debtor, and the trustee; and that the case has been fully administered in accordance with the applicable provisions of Title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure.

      The debtor(s) has complied with all the provisions of the Plan and all payments to be made thereunder having been completed;

NOW THEREFORE,

IT IS ORDERED that the trustee's fees and expenses are allowed retroactively; that the Final Account is approved; that the trustee is discharged; that the trustee's bond is released; and this file be closed.

########